IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JERMAINE EVANS & TIFFANY EDWARDS**                              **PLAINTIFFS**

**VS.**                                          **CIVIL ACTION NO. 1:12CV222HSO-RHW**

**SAFEWAY INSURANCE COMPANY**                                    **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on the Motion to Dismiss [18] and Motions for Summary Judgment [20, 22] filed by Defendant Safeway Insurance Company pursuant to Federal Rules of Civil Procedure 41(b) and 56.  The Court, after a full review and consideration of Defendant's Motions, the pleadings on file, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 41(b) and 56.  This civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 25th day of July, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE